BEFORE THE FIRST DIVISION, APRIL 27, 1961

No. 65535.—Ace Import Co., Inc., et al. *v.* United States, protests 60/6093, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiffs was sustained.

No. 65536.—John L. Westland & Son, Inc., a/c Pacific Instruments Corp., et al. *v.* United States, protests 58/25610, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of recording tapes similar in all material respects to those the subject of *Electric & Musical Industries (US), Ltd.* v. *United States* (42 Cust. Ct. 87, C.D. 2070), the claim of the plaintiffs was sustained.